IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONINO SALVATORE GRECO, | : | No. 3:19cv1236 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Mehalchick) |
| | : | |
| WARDEN CLAIR DOLL; SIMONA | : | |
| FLORES; KEVIN McALEENAN; and | : | |
| WILLIAM BARR, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 14th day of November 2019, we have before us for disposition Magistrate Judge Karoline Mehalchick's report and recommendation, which proposes that Antonino Greco's petition for a writ of habeas corpus be dismissed as moot.[1] (Doc. 7). No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to

---

[1] On October 28, 2019, the respondents filed a suggestion of mootness, (Doc. 6), which indicated that the United States Immigration and Customs Enforcement Agency removed the petitioner from the United States on August 27, 2019.

accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 7) is **ADOPTED**;

2) The petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED** as **MOOT**;

3) The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT

JUDGE JAMES M. MUNLEY
United States District Court